IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *AARON JOHNSON, individually and on behalf of all others similarly situated,* )<br><br>**Plaintiff,** )<br><br>vs. )<br><br>**RUSHMORE SERVICE CENTER, LLC,** )<br><br>**Defendant.** ) | Case No. 22-cv-250-SMY |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Notice of Settlement (Doc. 21) and the 60-Day Order (Doc. 22), this matter is **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:** September 28, 2022

MONICA A. STUMP,
Clerk of Court

By: s/Stacie Hurst, Deputy Clerk

Approved:

_____
**STACI M. YANDLE**
**United States District Judge**